# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:

Louis and Joanne Aronoff                          Case No. 09-72306
                                                  Chapter 7
      Debtors.                                Honorable Phillip J. Shefferly
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

      The attached check in the amount of $ 145.65  represents the unclaimed

dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347 (a).  The

name and address of the Party entitled to the unclaimed dividend is as follows:


| Creditor Name | Claim No. | Amount of Dividend |
| --- | --- | --- |
| Recovery Management Systems Corporation<br>For Capital Recovery III<br>25 SE 2nd Avenue<br>Miami, FL 33131 | 11 | $145.65 |


Dated:  May 2, 2011                      /s/ Charles J. Taunt_____.
                                         Charles J. Taunt, Trustee (P24589)
                                         700 East Maple, 2nd Floor
                                         Birmingham, MI  48009-6359
                                         (248) 644-7800
                                         Teetaunt@tauntlaw.com
                                         P24589